# Michael Spano
Attorney at Law

Merchants Commons  
Tenth Floor  
220 South Warren Street  
Syracuse, New York 13202

Phone: (315) 200-1830  
Fax: (315) 200-1929  
E-mail: ms@michaelspanolaw.com  
www.cnyCriminalLawyers.com

October 7, 2022

H. Kenneth Schroeder, Jr.  
United States Magistrate Judge  
2 Niagara Square  
Buffalo, New York  14202

      RE:    *USA v. Angela Burdorf*  
              Docket No. 22-CR-00050-RJA-HKS

Dear Judge Schroeder:

      Angela Burdorf was arraigned on April 13, 2022. A Scheduling Order was issued, and Motions were due to be filed on October 14, 2022. Discovery is complete; however, it is voluminous and consists of approximately 10 terabytes of information. I am requesting an additional two-week extension to file Motions. Assistant United States Attorney Russell Ippolito has no objection to a two-week extension. I consent to the time being excluded from April 13, 2022, to any new date set by the Court for the filing of Motions.

      Thank you.

                        Sincerely,

                        Michael Spano

MS/tc