UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                      **DECISION AND ORDER**
      v.                                          22-CR-50-A

ANGELA BURDORF,

                Defendant.

_____

      Defendant Angela Burdorf is charged in an 18-count Indictment (Dkt. No. 1) with one count of conspiracy to commit wire fraud, one count of conspiracy to defraud the United States, and 16 counts of wire fraud. The case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.

      On March 28, 2023, the Magistrate Judge filed a Report, Recommendation and Order ("RR&O") (Dkt. No. 24) that recommends Defendant's motion to dismiss counts one through eighteen of the Indictment (Dkt. No. 14) be denied. No objections to the RR&O were filed by the parties. Because there are no objections to the RR&O, the Court reviews the RR&O on clear error review.

      The Court adopts the reasoning of the Magistrate Judge and deems no further discussion necessary.

      Upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the RR&O, it is hereby

**ORDERED** that the RR&O (Dkt. No. 24) is adopted in its entirety; and it is further

**ORDERED** that Defendant's motion to dismiss (Dkt. No. 14) is DENIED. The parties shall appear for a status conference to set a date for trial or plea on April 26, 2023 at 9:30 am, as previously ordered by the Court.

**IT IS SO ORDERED.**

                                        _s/Richard J. Arcara_
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT COURT

Dated: April 25, 2023
            Buffalo, New York